**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX NACEDO FLORES,<br><br>           Petitioner,<br><br>      v.<br><br>WARDEN, FCI-MENDOTA,<br><br>           Respondent. | Case No. 1:23-cv-01587 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 23)<br><br>ORDER GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Felix Nacedo Flores is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting the Bureau of Prisons failed to properly credit his time served in state custody following his arrest.  Respondent moved to dismiss the petition, asserting Petitioner did not exhaust his administrative remedies. (Doc. 22 at 1.) In addition, Respondent reported that the BOP recalculated Petitioner's sentence and he was released from BOP custody. (*Id.* at 2.)

The assigned magistrate judge reviewed evidence submitted by Respondent and found that "[a]ccording to BOP records, Petitioner's sentence was recalculated." (Doc. 23 at 2.)  The magistrate judge also observed that because "Petitioner was also released from BOP custody on March 6, 2024," he was "granted the relief he sought." (*Id.*)  Therefore, the magistrate judge

1

recommended Respondent's motion to dismiss the petition be granted. (*Id.* at 3.) The Court served the Findings and Recommendations upon Petitioner at the only address of record. However, the U.S. Postal Service returned the Court's mail as "Undeliverable, No Longer At This Address" on May 6, 2024.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th Cir. 1997); *see also Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir. 1996). Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 29, 2024 (Doc. 23) are **ADOPTED** in full.
2. Respondent's motion to dismiss (Doc. 22) is **GRANTED**.
3. The petition for writ of habeas corpus is **DISMISSED** with prejudice.
4. The Clerk of Court is directed to enter judgment and close the case.
5. In the event a notice of appeal is filed, a certificate of appealability is not required.

IT IS SO ORDERED.

Dated:   **July 19, 2024**

UNITED STATES DISTRICT JUDGE

2